JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PRENCIPE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>MTG CO., LTD., a Japan limited company; MCLEAR & CO., a Delaware corporation; MCLEAR LTD., a United Kingdom limited company; MATSUSHITA TSUYOSHI, an individual; KOICHI TANIGUCHI, an individual; KOJI KUZE, an individual; NAOKI TSUMURA, an individual; TAKESHI KAWADA, an individual; and DOES 1-20,<br><br>        Defendants. | Case No.: 2:23-cv-01611-SPG-AGR<br><br>**JUDGMENT** |

This matter comes before the Court on Plaintiff Joseph Prencipe ("Prencipe") and Defendant McLear Ltd.'s ("McLear") Joint Stipulation for Entry of Stipulated Judgment. (ECF No. 85 ("Joint Stipulation")). Having reviewed the Joint Stipulation, and finding it supported by good cause, IT IS HEREBY ORDERED, DECREED, and ADJUDGED THAT:

Judgment is entered against Prencipe and in favor of all of the defendants as to each and every cause of action alleged in Prencipe's Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 4, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1
JUDGMENT

1025060.1